IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLAYTON HOWARD,

        Plaintiff,        Civil No. 06-1722-AA

        v.                ORDER

JENNIFER BJERKE, et al.,

        Respondent.

AIKEN, District Judge.

    By Order (#98) defendants were allowed an extension of time until September 4, 2008, to respond to plaintiff's fourth and fifth requests for production of documents and all requests for admissions.

    Defendants' response to plaintiff's discovery requests may render the pending discovery issues moot. Therefore, plaintiff's motions (#81), (#82) , and (#88) are denied without prejudice to request reconsideration after defendants have responded to plaintiff's discovery requests.

1 - ORDER

Plaintiff's Motion for Order (#79) is denied without prejudice. Counsel for defendants is requested to advise the court whether service is waived as to the defendants listed in plaintiff's motion.

Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order contained in Motion (#81) are denied.

Plaintiff's Motion for Hearing (#94) is denied.

IT IS SO ORDERED.

DATED this __25__ day of August, 2008.

                                 /s/ Ann Aiken
                                 Ann Aiken
                                 United States District Judge