IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLAYTON HOWARD,

        Plaintiff,        Civil No. 06-1722-AA

        v.               ORDER

JENNIFER BJERKE, et al.,

        Defendants.

AIKEN, District Judge.

    Plaintiff's Motion for Default and Judgment on the Pleadings (#199) is denied without prejudice.

    Plaintiff is directed to submit a *concise summary* of the facts giving rise to his claim against defendant Thomas and a statement of the federal jurisdictional basis for his claims against defendant Thomas to the court within 30 days.

    The Clerk is directed to re-set plaintiff's Motion (#199) for the court's consideration after the expiration of 30 days.

    DATED this  27  day of October, 2009.

                                         s/Ann Aiken
                                         Ann Aiken
                                         United States District Judge

1 - ORDER