FILED'10 NOV 02 16:07USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CLAYTON HOWARD,

        Plaintiff,        Civil No. 06-1722-AA

    v.                          ORDER

JENNIFER BJERKE, et al.,

        Defendants.

AIKEN, District Judge.

    Plaintiff's Motion for extension of time (#255) is denied as moot pursuant to the Order (#266) entered September 14, 2010.

    Plaintiff's Motion for order to exceed 5 page limit (#255) is allowed.

    Plaintiff's Motion to Dismiss defendants Vetter and Coleman (#256) is allowed. Plaintiff's claims against defendant Coleman and Vetter are dismissed with prejudice.

    Plaintiff's "Motion to Dismiss in Part 'without prejudice'" (against defendant Hannon) (#257) is allowed.

1 - ORDER

Plaintiff's claims against defendant Hannon are dismisses without prejudice to plaintiff's right to pursue those claims in a separate lawsuit. The claims are dismissed from this lawsuit with prejudice.

IT IS SO ORDERED

DATED this 2 day of November, 2010.

_____
Ann Aiken
United States District Judge

2 - ORDER